UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
ALPHONSO FRANKLIN,                      :
                     Plaintiff,         :      21cv4810 (DLC)
                                        :
          -v-                           :      ORDER
                                        :
CONA ELDER LAW, PLLC f/k/a GENSER,      :
DUBOW, GENSER & CONA, LLP, KEN KERN     :
and THE WARTBURG HOME OF THE            :
EVANGELICAL LUTHERAN CHURCH,            :
                                        :
                     Defendants.        :
                                        :
---------------------------------------X

DENISE COTE, District Judge:

On November 17, 2021, counsel for the defendant the Wartburg Home of the Evangelical Lutheran Church submitted a letter pursuant to Rule 3.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days. The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

Dated:    New York, New York
          November 17, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge