UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALPHONSO FRANKLIN,

                Plaintiff,                21 **CIVIL** 4810 (DLC)

      -against-                  **JUDGMENT**

CONA ELDER LAW, PLLC f/k/a GENSER,
DUBOW, GENSER & CONA LLP, KEN KERN,
and THE WARTBURG HOME OF THE
EVANGELICAL LUTHERAN CHURCH,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 28, 2022, The July 24, 2021, motion of Defendants Cona Elder Law, PLLC and Ken Kern to dismiss is granted. The FDCPA claim is dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over the state law claims and they are dismissed without prejudice to refiling in state court; accordingly, the case is closed.

Dated:  New York, New York
          January 28, 2022

                                                    **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                                   **BY:**

                                                      **Deputy Clerk**