# AHMAD KESHAVARZ

*Attorney at Law*

---

16 COURT STREET, #2600  WWW.NEWYORKCONSUMERATTORNEY.COM  Telephone: (718) 522-7900
BROOKLYN, NY 11241  E-mail: ahmad@NewYorkConsumerAttorney.com  Fax: (877) 496-7809

---

February 11, 2022

**VIA ECF**
The Honorable Denise Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

    **Re:**    Notice of the Death of Alphonso Franklin and Request to Extend Deadlines to Move for Substitution and to Move for Reconsideration of the Order of Dismissal [DE 41]
            ***Franklin v. Cona Elder Law, PLLC, et al.,*** No. 1:21-cv-04810-DLC

Judge Cote:

    The undersigned represented Plaintiff Alphonso Franklin in the above-captioned case against Defendants Cona Elder Law, PLLC ("Cona"), a law firm that collects debts for nursing homes, and Wartburg Home ("Wartburg"), a nursing home, for their violations of the Fair Debt Collection Practices Act (FDCPA) and related state laws.

    Unbeknownst to our office, Alphonso Franklin passed away a few days before Your Honor's January 28, 2022 Order dismissing the FDCPA claims with prejudice and the state law claims without prejudice [DE 41]. Late today, February 11, 2022, Delvin Franklin, Mr. Franklin's only son, retained our office as counsel. Delvin Franklin is, upon information and belief, the sole distributee of Mr. Franklin's estate, and he will soon be moving in Surrogates Court in the Bronx to be appointed administrator of the estate. However, based on another matter our office handled requiring the probate of an estate and based on our conversation with an attorney who regularly handles probate proceedings in New York City, it could be 6 months or more until Delvin Franklin's application is processed.

    Thus, we request that the deadline for substitution be extended from 90 days after the suggestion of death (today) to 180 days after the suggestion of death, until August 10, 2022. We also request that the deadline to move for reconsideration of the Dismissal [DE 41], which is today, February 11, 2022, be tolled until 14 days after there has been a ruling on the anticipated Motion for Substitution.

    We apologize for the late nature of this application. The circumstances of Mr. Franklin's passing were tragic, and Delvin Franklin has had a difficult time processing what has happened. Defendants have consented to this application.

Respectfully,

/s/

*[Handwritten note:]* Denied without prejudice to renewal by 2/25/22 upon a showing that Delvin Franklin has filed the motion to be appointed administrator.

*Denise Cote*
2/15/22