SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------x
Administration Proceeding,                          File No.: 2022-
Estate Of,

    ALPHONSO FRANKLIN,
                                                                  AFFIRMATION
        Deceased.
-----------------------------------------------------------------x

    Judah Schwartz, an attorney duly licensed to practice before the Court's of the State of New York, affirms the following under penalties of perjury:

    1.    I am counsel to Delvin Franklin, Petitioner in the above captioned estate matter and I maintain an office at 333 Pearsall Ave, Suite 204, Cedarhurst, NY 11516 and a mailing address of PO Box 133, Woodmere, NY 11598.

    2.    I make this Affirmation to inform the Southern District of New York of the status of this estate matter.

    3.    On or about October 3, 3022, the Bronx County Surrogate's Court requested further documentation in this matter, all of which have been filed.

    4.    Specifically, they requested an Affidavit to Dispense with Bond despite the fact that there are no assets other than a cause of action with unknown potential value. The court will ordinarily limit the fiduciary's authority to ensure the Surrogate have a say in the final settlement, which means the court always has a future ability to require a bond.

    5.    The Court also requested an amended Affidavit of Heirship due to the initial filing excluding information about the Decedent's parents and siblings. Pursuant to EPTL 4-1.1, children have priority over parents and siblings and we therefore usually conclude the Affidavit of Heirship with the closes relative. Despite the fact that parents are legally irrelevant, the court demanded information about them anyways.

Dated: Valley Stream, New York
       February 1, 2023

_____
Judah Schwartz, Esq.
Law Office of Judah Schwartz, P.C.
PO Box 133
Woodmere, New York 11598
Tel: (718) 838-3334
Fax: (718) 838-3335
JSchwartz@JudahSchwartzLaw.com
Attorney for Petitioner