**SURROGATE'S COURT**
**BRONX COUNTY – STATE OF NEW YORK**
**851 GRAND CONCOURSE**
**BRONX, NEW YORK 10451**



HON. NELIDA MALAVE-GONZALEZ                         ELIX R. MADERA-FLILEGELMAN
SURROGATE JUDGE                                                  CHIEF CLERK

ESTATE OF __Alphonso R Franklin__          FILE # __2022-1953__   DATE __5-9-2023__

We require the following information to complete processing your request.

☒ SELF-ADDRESSED STAMPED ENVELOPE WITH AT LEAST TWO (2) STAMPS . **MAIL TO THE COURT**

**AN AFFIDAVIT BY PETITIONER TO AMEND PETITION, TO INCLUDE:**

☐ TYPE OF LETTERS REQUIESTED
☐ INTERESTED PARTIES
☐ PERSONS UNDER DISABILITY (IF NONE, STATE NONE)
☐ ADDITIONAL INFORMATION _____
_____
_____
_____

**ADDITIONAL ITEM(S)/DOCUMENTS*:**

☐ ADDITIONAL FEE $_____ *(payable to Bronx Surrogate's Court – no personal checks)*

☐ SCHEDULES* A_____ B_____ C_____ D_____ D (a) _____

☐ COPY OF PAID FUNERAL BILL

☒ VERIFICATION, OATH AND DESIGNATION PAGE* **Designation says Philadelphia, needs to say BRONX COUNTY**

☐ STATEMENT BY ATTORNEY FIDUCIARY PURSUANT TO UNIFORM RULES 207.16(e)*

☐ AFFIDAVIT OF DUE DILIGENCE PURSUANT TO UNIFORM RULE 207.16 (d)*

☒ AFFIDAVIT OF HEIRSHIP PURUSUANT TO UNIFORM RULE 207.16 (b) & (c)* **Form uploaded is not legible mail original to the court or obtain legible copy**

☒ FAMILY TREE* **form uploaded is not legible.**

☐ CERTIFIED COPY OF DEATH CERTIFICATE

☐ NOTICE OF APPLICATION WITH AFFIDVIT OF MAILING*

☐ RENUNCIATION, WAIVER AND CONSENT*

☐ ATTORNEY ADVISORY ON WAIVER OF BOND*

☒ AFFIDAVIT TO DISPENSE WITH A BOND* **not filled out properly, does not show amount of funeral expenses either paid or unpaid. Needs to be redone.**

☐ NYS TAX WAIVER*

☐ CITATION*

☐ DECREE*

☐ AFFIDAVIT OF DELAY

☐ NOTICE TO CONSUL GENERAL*

☐ OTHER _____

*Indicates form is attached.  Note, be sure to have those documents that require a notary signature to be properly notarized.  A notary is available in Room 118 of the Bronx Courthouse, at no charge for up to 5 documents.  Please return all originals to the above address, Attn: Administration Department, Room 320.

Initial **SC** ___